**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nico, et al., | No. CV 04-2458-PHX-ECV |
| Plaintiffs, | **ORDER** |
| vs. | |
| Quality Vision International, Inc., et al., | |
| Defendants. | |

Defendants, Quality Vision International, Inc. and View Engineering, Inc., have filed a Motion for Summary Judgement (Doc. #40) in which they seek summary judgment with respect to the loss of consortium claims asserted by Plaintiff Peter Nico on behalf of his minor children, Benjamin Nico and Jonathan Nico. Defendants contend that as a matter of law, the injury to Peter Nico is not so severe as to damage the parent-child relationship to the extent necessary to maintain a loss of consortium claim. Plaintiffs have filed a Response to Defendants' Motion for Summary Judgment (Doc. #43) in which they concede that "there are not sufficient facts to maintain loss of consortium claims on behalf of Plaintiffs' minor children, Benjamin Nico and Jonathan Nico." In light of the parties' agreement that the loss of consortium claims cannot be maintained, Defendants' motion will be granted.

///

///

///

**IT IS THEREFORE ORDERED:**

That Defendants' Motion for Summary Judgement (Doc. #40) is **granted**; and

That the loss of consortium claims on behalf of Benjamin Nico and Jonathan Nico are **dismissed** from this action.

DATED this 5th day of April, 2006.

*/s/ Edward C. Voss*
Edward C. Voss
United States Magistrate Judge